Case 3:14-cv-05171-RJB Document 28 Filed 10/17/14 Page 1 of 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM CATO SELLS, JR., <br><br> Petitioner, <br><br> v. <br><br> BERNARD WARNER, <br><br> Respondent. | CASE NO. 14-5171-RJB <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS |

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge. Dkt. 21. The Court has reviewed the relevant documents and the remaining file.

On August 6, 2014, U.S. Magistrate Judge Karen L. Strombom issued a Report and Recommendation recommending denying Petitioner's petition for writ of *habeas corpus*. Dkt. 21. The Court has reviewed the record *de novo*. The Court agrees with the Magistrate Judge's thorough and careful analysis of Petitioner's claims. Petitioner's objections are without merit because Petitioner failed to exhaust any of his federal *habeas corpus* claims, and the claims are now procedurally barred, for the reasons stated by the Magistrate Judge in the Report and Recommendation. Dkt. 21 at 7–16.

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DENYING PETITION
FOR WRIT OF HABEAS CORPUS- 1

1  Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 21). The
2  petition for writ of habeas corpus is **DENIED**. A Certificate of Appealability is **DENIED**. This
3  case is **DISMISSED WITH PREJUDICE**.
4  The Clerk is directed to send uncertified copies of this Order to all counsel of record and
5  to any party appearing *pro se* at said party's last known address.
6  Dated this 17th day of October, 2014.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DENYING PETITION
FOR WRIT OF HABEAS CORPUS- 2